IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY STEPHENS,<br><br>　　　　Defendant. | 4:15CR3046<br><br>INFORMATION<br><br>16 USC §§ 1538(a)(1)(E), 1540(b)<br>and 18 USC § 2 |

The United States Attorney charges:

### COUNT I

On or about February 3, 2011, in the District of Nebraska and elsewhere, the defendant, Nancy Stephens, a person subject to the jurisdiction of the United States, did receive, transport and ship in interstate commerce, and caused the transportation and shipment in interstate commerce, by any means whatsoever and in the course of a commercial activity, an endangered species of wildlife, to wit: a gibbon.

In violation of Title 16, United States Code, Sections 1538(a)(1)(E), 1540(b) and Title 18, United States Code, Section 2.

UNITED STATES OF AMERICA, Plaintiff

DEBORAH R. GILG
United States Attorney
District of Nebraska

By: *[signature]*

ALAN L. EVERETT, #15387
Assistant U.S. Attorney
100 Centennial Mall North
487 Federal Building
Lincoln, NE 68508-3865
Tel: (402) 437-5241
E-mail: alan.everett@usdoj.gov

1

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

ALAN EVERETT
Assistant U.S. Attorney